## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLERKING, LLC, on behalf of itself, and all other similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 23-cv-00863-RJD |
| DONOTPAY, INC., ) ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT AND TO FILE AN OPPOSITION TO ANY MOTION TO DISMISS**

COME NOW Plaintiff MillerKing, LLC ("Plaintiff") and Defendant DoNotPay, Inc. ("Defendant") (Plaintiff and Defendant together, the "Parties"), by and through their respective undersigned counsel, and hereby jointly move for additional time, up to and including May 16, 2023, for Defendant to answer or otherwise respond to Plaintiff's Complaint ("Complaint") and an additional fifteen (15) days for Plaintiff to respond to any motion to dismiss filed by Defendant. In support of their Joint Motion, the Parties respectfully state as follows:

1. On March 15, 2023, Plaintiff filed the Complaint.  (Doc. 1.)

2. Defendant was served on March 17, 2023.  (Doc. 10.)

3. By operation of the Federal Rules, Defendant's current deadline to answer or otherwise respond to the Complaint is April 7, 2023.

4. Defendant respectfully requests additional time, up to and including May 16, 2023, within which to answer or otherwise respond to the Complaint.  This additional time is requested given the undersigned's recent engagement as local counsel for Defendant, and this additional time will allow Defendant and its counsel to review the allegations in the Complaint and respond appropriately.

5. Plaintiff has consented to Defendant's requested extension.

4887-4087-3307.7

6. By operation of the Local Rules, Plaintiff has thirty (30) days to respond to any motion to dismiss. Due to certain scheduling conflicts, Plaintiff respectfully requests an additional fifteen (15) days to respond to any Motion to Dismiss filed by Defendant. Thus, in the event Defendant responds to the Complaint by filing a Motion to Dismiss on May 16, 2023, Plaintiff requests an additional fifteen (15) days, up to and including June 30, 2023, to respond to the Motion to Dismiss.

7. Defendant has consented to Plaintiff's requested extension.

8. This Joint Motion is not made for any improper purpose, and no Party will suffer any prejudice if the requested extensions are granted.

WHEREFORE, the Parties respectfully request additional time, up to and including May 16, 2023, for Defendant to answer or otherwise respond to Plaintiff's Complaint, an additional fifteen (15) days for Plaintiff to respond to any motion to dismiss filed by Defendant, and for such other and further relief as the Court deems just and proper.

DATED: April 4, 2023                                          Respectfully submitted,

| | |
|---|---|
| **GOLDENBERG HELLER & ANTOGNOLI, P.C.** | **LEWIS RICE LLC** |
| By: /s/ Kevin P. Green<br>    Kevin P. Green, #06299905<br>    Thomas P. Rosenfeld, #06301406<br>    Thomas C. Horscroft, #06327049<br>    Daniel S. Levy, #6315524<br>    227 South State Route 157<br>    Edwardsville, IL 62025<br>    Telephone: (618) 656-5150<br>    tom@ghalaw.com<br>    kevin@ghalaw.com<br>    thorscroft@ghalaw.com<br>    daniel@ghalaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ Richard B. Walsh<br>    Richard B. Walsh, #6187007IL<br>    Jerina D. Phillips, #65103MO<br>    600 Washington Avenue, Suite 2500<br>    St. Louis, MO 63101<br>    Telephone: (314) 444-7722<br>    rwalsh@lewisrice.com<br>    jphillips@lewisrice.com<br><br>**WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation**<br><br>By: /s/ Dale R. Bish<br>    Dale R. Bish (*pro hac vice forthcoming*)<br>    Allie Fellows (*pro hac vice forthcoming*)<br>    650 Page Mill Road<br>    Palo Alto, CA 94304<br>    dbish@wsgr.com<br>    afellows@wsgr.com<br><br>    Eli B. Richlin (*pro hac vice forthcoming*)<br>    Paul C. Gross (*pro hac vice forthcoming*)<br>    1301 6th Ave. # 40<br>    New York, NY 10019<br>    erichlin@wsgr.com<br>    pgross@wsgr.com<br><br>*Attorneys for Defendant* |