# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLERKING, LLC, on behalf of itself, and all other similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 23-cv-00863-NJR<br>)<br>) |
| DONOTPAY, INC., | )<br>) |
| Defendant. | ) |

## DONOTPAY, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant DoNotPay, Inc., by and through undersigned counsel, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated April 5, 2023

**LEWIS RICE LLC**

By: /s/ Richard B. Walsh
Richard B. Walsh, #6187007IL
Jerina D. Phillips, #65103MO
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7722
rwalsh@lewisrice.com
jphillips@lewisrice.com


**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

By: /s/ Dale R. Bish
Dale R. Bish (*pro hac vice forthcoming*)
Allie Fellows (*pro hac vice forthcoming*)
650 Page Mill Road
Palo Alto, CA 94304
dbish@wsgr.com
afellows@wsgr.com

Eli B. Richlin (*pro hac vice forthcoming*)
Paul C. Gross (*pro hac vice forthcoming*)
1301 6th Ave. # 40
New York, NY 10019
erichlin@wsgr.com
pgross@wsgr.com

*Attorneys for Defendant*