IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLERKING, LLC, on behalf of itself, and all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DONOTPAY, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 23-cv-00863-NJR ) ) ) ) ) |

**DEFENDANT DONOTPAY, INC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT WITH PREJUDICE PURSUANT TO RULES 12(B)(1) AND 12(B)(6)**

COMES NOW Defendant DoNotPay, Inc. ("DNP"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)1 and 12(b)(6), hereby moves the Court to dismiss Plaintiff's Class Action Complaint for lack of constitutional or statutory standing. Plaintiff has also failed to state a claim upon which relief can be granted. DNP files herewith and incorporates by reference herein its Memorandum in Support of this Motion.

WHEREFORE, DNP respectfully requests that the Court enter an Order granting its Motion to Dismiss; dismissing all of Plaintiff's claims against it; and granting such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated:  May 16, 2023 | **LEWIS RICE LLC** |
| | By: /s/ Richard B. Walsh, Jr. |
| | Richard B. Walsh, Jr. #6187007IL |
| | Jerina D. Phillips, #65103MO |
| | 600 Washington Avenue, Suite 2500 |
| | St. Louis, MO 63101 |
| | Telephone:  (314) 444-7722 |
| | rwalsh@lewisrice.com |
| | jphillips@lewisrice.com |
| | |
| | **WILSON SONSINI GOODRICH & ROSATI** |
| | **Professional Corporation** |
| | |
| | By: /s/ Dale R. Bish |
| | Dale R. Bish (*pro hac vice forthcoming*) |
| | Allie Fellows (*pro hac vice forthcoming*) |
| | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| | dbish@wsgr.com |
| | afellows@wsgr.com |
| | |
| | Eli B. Richlin (*pro hac vice forthcoming*) |
| | Paul C. Gross (*pro hac vice forthcoming*) |
| | 1301 6th Ave. # 40 |
| | New York, NY 10019 |
| | erichlin@wsgr.com |
| | pgross@wsgr.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2023, a true and correct copy of the foregoing was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Richard B. Walsh, Jr.*