IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLERKING, LLC, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>DONOTPAY, INC.,<br><br>        Defendant. | Case No. 3:23-CV-863-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Orders of November 17, 2023 (Doc. 34) and November 28, 2023 (Doc. 36), this entire action is **DISMISSED without prejudice**.

    DATED:   January 4, 2024

                                                          MONICA A. STUMP,
                                                          Clerk of Court

                                                          By:  s/ *Deana Brinkley*
                                                                      Deputy Clerk

APPROVED:   _/s/ Nancy J. Rosenstengel_
                     **NANCY J. ROSENSTENGEL**
                     **Chief U.S. District Judge**